```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```
JASON CARTAJENA,

                Plaintiff,

        -against-                                   17-CV-524 (LAK)

PORT IMPERIAL FERRY CORP..,

                Defendant.
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        This action is dismissed for failure to prosecute.

        SO ORDERED.

Dated:        March 25, 2020

                                                /s/    Lewis A. Kaplan
                                          _____
                                                     Lewis A. Kaplan
                                             United States District Judge